FILED & JUDGMENT ENTERED
Steven T. Salata

Mar 26 2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **WILLIAM W. GILLESPIE, JR. and** ) | Chapter 11 |
| **JIMMIE C. GILLESPIE,** ) | Case No. 10-30942 |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| **THERESA A. SELVIDIO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding |
| v.                                ) | No. 10-3187 |
| ) | |
| **WILLIAM W. GILLESPIE, JR.,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### JUDGMENT

For the reasons stated in the court's Findings of Fact, Conclusions of Law, and Order Granting Judgment on Partial Findings to the Defendant entered contemporaneously herewith, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Defendant's motion for judgment on partial findings is granted with respect to each of the Plaintiff's causes of action; the Defendant does

not owe a debt to the Plaintiff; and even if there were a debt,

it would be dischargeable in bankruptcy.


This Order has been signed                United States Bankruptcy Court
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.